DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| In re A.D.L., J.S.L. & C.L.L.<br><br>169 N.C. App. 701 | No. 330P05 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA03-1333) | Denied<br>08/18/05 |
|---|---|---|---|
| In re B.D.<br><br>169 N.C. App. 803 | No. 317P05 | 1.  Petitioner's (Buncombe County DSS) PDR Under N.C.G.S. § 7A-31 (COA03-1599) | 1. Allowed for purpose of remanding to COA for recon-sideration in light of In re R.T.W., 359 N.C. 539, 614 S.E.2d 489 (2005). 08/18/05 |
| | | 2.  Respondents' (Parents) Motion to Dismiss PDR | 2. Dismissed as moot 08/18/05 |
| In re D.M.H., Jr.<br><br>163 N.C. App. 38 | No. 228P04 | 1.  Petitioner's PDR (COA03-31) | 1. Allowed for purpose of remanding to COA for recon-sideration in light of *In re R.T.W.*, 359 N.C. 539, 614 S.E.2d 489 (2005) 08/18/05 |
| | | 2.  Respondent's Motion to Dismiss PDR | 2. Dismissed as moot 08/18/05 |
| Kegley v. City of Fayetteville<br><br>170 N.C. App. 656 | No. 342P04-2 | 1.  Petitioners' PDR Under N.C.G.S. § 7A-31 (COA04-1123) | 1. Denied 08/18/05 |
| | | 2.  Respondent's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot 08/18/05<br><br>**Brady, J. Recused** |
| Myers v. McGrady<br><br>170 N.C. App. 501 | No. 391A04-2 | 1.  Third-Party Def's NOA (Dissent) (COA04-973) | 1. — |
| | | 2.  Third-Party Def's (N.C. Division of Forest Resources) PDR as to Additional Issues | 2. Allowed 08/18/05 |
| Page v. Bald Head Ass'n<br><br>170 N.C. App. 151 | No. 304P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-649) | Denied 08/18/05 |